**Order filed February 8, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00792-CV
_____

### OSCAR MACIAS AND MODESTA JAIMEZ, Appellants

### V.

### ESTABAN IZAXZAGA, EDNA JAIMEZ, GUADALUPE HERNANDEZ, RAYMOND IZAZAGA, AND LENORA IZAZAGA, Appellees

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2012-19236**

## O R D E R

Appellants' brief was due January 19, 2018**.** No brief or motion for extension of time has been filed.

Unless appellants file a brief with this court on or before **February 19, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM